UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tiffany Shamaine Robinson, | File No. 18-cv-2478 (ECT/DTS) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Warden Nanette Barnes, | |
| Respondent. | |

---

The Court has received the October 29, 2018 Report and Recommendation of United States Magistrate Judge David T. Schultz. ECF No. 5. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**;

2. This matter will be **TRANSFERRED** to the United States District Court for the Eastern District of Virginia for consideration as part of the proceedings under 28 U.S.C. § 2255 in *United States v. Robinson*, No. 2:14-CR-0150 (AWA/DEM).


Dated: November 20, 2018         s/ Eric C. Tostrud
                                 Eric C. Tostrud
                                 United States District Court